# United States Bankruptcy Court
## Southern District of New York

In re **Prem Nath**                                                                 Case No. **11-23730 (RDD)**
                                    Debtor(s)                                       Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept  X Hourly Fees As per Retainer  $      1,500.00
   Prior to the filing of this statement I have received                        $      1,500.00
   Balance Due                                                                  $          0.00

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Debtor's family payment of $1500 initial retainer, all furture fees to be billed on an hourly basis as per retainer agreement of June 12, 2012.**

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **To be applied towards services to be rendered at the rate of $500.00 hour pertaining to the base bankruptcy case filed on or about August 30, 2011 as well as litigation pending against creditor SPS AND any and all necessary additional services required including but not limited to negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **6-12-2012**

Linda M. Tirelli
Law Offices of Linda M. Tirelli
One North Lexington Avenue
11th Floor
White Plains, NY 10601
914-946-0860  Fax: 914-946-0870
WestchesterLegal@aol.com