

# Law Offices of Linda M. Tirelli PC
## 1 North Lexington Avenue, 11th Floor
## White Plains, NY 10601
## (914)946-0860

September 20, 2012
Invoice Number: 1019

Prem Nath
12 John Calvin Street
Blauvelt, NY 10913

| Date | Staff | Description | Hours | Rate | Total |
|------|-------|-------------|-------|------|-------|
| 4/11/2011 | Linda Tirelli | Initial Consult meetinmg with client<br>Met with client reviewed pending f/c suit, rec'd Ch 13 w/ AP | 1.00 | $500.00 | $500.00 |
| 6/8/2012 | Linda Tirelli | Meeting with client re developments since initial consult in 2011 | 1.00 | $500.00 | $500.00 |
| 6/12/2012 | Linda Tirelli | Draft edit cor to RJ DeRose/Casey Howard, phone call to LockLord firm | 1.20 | $500.00 | $600.00 |
| 6/12/2012 | Linda Tirelli | Draft/ file / serve Notice of Sub and Notice of Appearance | 0.40 | $500.00 | $200.00 |
| 6/13/2012 | Linda Tirelli | 10 emails read, respond exchange and receive docs<br>Attorney McCgeorge conf re taking over case and getting up to speed | 1.60 | $500.00 | $800.00 |
| 6/13/2012 | Linda Tirelli | Attorney Fee | | | ($1,500.00) |
| 6/15/2012 | Linda Tirelli | 3 emails read and responded / phone calls (J Kava and J Patterson) | 1.20 | $500.00 | $600.00 |
| 6/15/2012 | Linda Tirelli | Review discovery file from OC, draft cor to OC re discovery status<br>review file, claims, plan base case and lit strategy | 3.40 | $500.00 | $1,700.00 |
| 6/18/2012 | Linda Tirelli | 3 emails read and responded /Bleichman & Klein | 0.40 | $500.00 | $200.00 |
| 6/18/2012 | Linda Tirelli | Call with Jody Kava re base case issues | 0.20 | $500.00 | $100.00 |
| 6/18/2012 | Linda Tirelli | Cor w Fraud Examiner re case and possible retention | 0.40 | $500.00 | $200.00 |
| 6/18/2012 | Linda Tirelli | Review POC of Shmuel Klein, cor to Mr Bleichman, phone call<br>research Mr Klein's suspension and client's prior BK | 1.80 | $500.00 | $900.00 |
| 6/21/2012 | Linda Tirelli | 3 emails w opposing counsel re pending settlement offer and discovery | 0.60 | $500.00 | $300.00 |
| 6/25/2012 | Linda Tirelli | Discovery<br>Research file for witnesses, statements in fc and bk, outline issues,  Draft edit, serve, email, certified mail 7 Notices of Deposition (30b6 SPS, 30b6 US Bank, Christina Allenn, Christine Hyslop, David Coleman, Gina Tolman, John Cody) Draft supp req for production of documents, review prior disclosure, bates 2922-3067, read affidavits of David Coleman, Gina Tolman, John Cody, QWR response of Christine Hyslop, | 7.80 | $500.00 | $3,900.00 |
| 6/25/2012 | Linda Tirelli | Meeting with client<br>Meeting with client review documents, discuss pending ch 13 base case, discuss and review claims | 2.00 | $500.00 | $1,000.00 |
| 7/6/2012 | Linda Tirelli | Email cor with US Trustee | 0.60 | $500.00 | $300.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/13/2012 | Jaime | admin<br>updated client tt and atty info- AT | 0.12 | $200.00 | $23.33 |
| 7/19/2012 | Linda Tirelli | research re Allonges | 1.00 | $500.00 | $500.00 |
| 7/23/2012 | Linda Tirelli | research re SPS pattern practice, endorsements | 1.00 | $500.00 | $500.00 |
| 7/24/2012 | Linda Tirelli | email exchange w oposing counsel | 0.20 | $500.00 | $100.00 |
| 7/25/2012 | Linda Tirelli | Court Appearance and conference with opposing counsel, review original | 1.00 | $500.00 | $500.00 |
| 7/25/2012 | Linda Tirelli | Meeting with client post-court appearance<br>Discuss Rooker Feldman, review documents with client, discuss settlement options, discuss home appraisal and mold infestation | 1.60 | $500.00 | $800.00 |
| 8/5/2012 | Linda Tirelli | email and meet and confer | 0.60 | $500.00 | $300.00 |
| 8/6/2012 | Linda Tirelli | email re meet and confer w/ OC | 0.10 | $500.00 | $50.00 |
| 8/7/2012 | Linda Tirelli | emails w OC re depositions | 0.20 | $500.00 | $100.00 |
| 8/8/2012 | Linda Tirelli | Review responses and obj to production requests | 1.20 | $500.00 | $600.00 |
| 8/9/2012 | Linda Tirelli | emails w OC re objections to discovery | 0.20 | $500.00 | $100.00 |
| 8/14/2012 | Linda Tirelli | Phone Conf w OC re discovery / depositions | 0.30 | $500.00 | $150.00 |
| 8/15/2012 | Linda Tirelli | Meeting with client at his request re appraisal and engineer report | 0.80 | $500.00 | $400.00 |
| 8/21/2012 | Jaime | admin<br>phone call regarding appraisal | 0.17 | $175.00 | $29.17 |
| 8/21/2012 | Jaime | Scan 106 mold pictures, email to opposing counsel | 0.80 | $175.00 | $140.00 |
| 8/21/2012 | Linda Tirelli | meeting with client re status of case, discovery and settlement client<br>redraft settlement offer, review with client, edits, email to opposing counsel | 2.40 | $500.00 | $1,200.00 |
| 8/21/2012 | Linda Tirelli | review paid appraisal and engineer report, phone call w client | 2.00 | $500.00 | $1,000.00 |
| 9/18/2012 | Linda Tirelli | Call to client re new counter offer received from opposing counsel<br>Client has questions and wants to review in person | 0.20 | $500.00 | $100.00 |
| 9/19/2012 | Linda Tirelli | Mtg with client<br>reviewed written counter offer from SPS in response to Debtor's offer of settlement, discussed options, reviewed Rooker Feldman again, appeal options, litigation vs settlement, client asked for copies of 7 depo notices and RFP / copied and provided | 1.20 | $500.00 | $600.00 |
| 9/20/2012 | Linda Tirelli | Email exchange with Casey Howard, Esq. re offer status | 0.20 | $500.00 | $100.00 |
| 9/20/2012 | Linda Tirelli | Misc Postage, Certified mail costs, etc (6/12-9/20) | | | $109.00 |
| | | **Amount Due** | **38.89** | | **$17,701.50** |