UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

-------------------------------------------------------------X

IN RE:

    PREM NATH,                                 CHAPTER 13

          DEBTOR                     CASE NO. 11-23730(RDD)

                                               ORDER

-----------------------------------------------------------X

## PROPOSED ORDER GRANTING APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**WHEREAS**, Upon consideration of Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing June 12, 2012 and September 20, 2012; and

**WHEREAS**, A hearing having been held before this Court to consider to Application; and

**WHEREAS**, Notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and

**WHEREAS**, Due consideration having been given to any responses thereto; and sufficient having been shown therefor; it is hereby

**ORDERED**, that the Application is granted.

Dated: White Plains, New York

_____, 2012

_____
Hon. Judge Robert D. Drain
United States Bankruptcy Judge