UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE:

| | |
|---|---|
| PREM NATH, | CHAPTER 13 |
| DEBTOR | CASE NO. 11-23730(RDD) |

---------------------------------------------------------X

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

     Upon consideration of the Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application"), under 11 U.S.C. § 330, of Linda Tirelli, Esq. for professional services rendered and expenses incurred as former counsel to the debtor herein from June 12, 2012 and September 20, 2012; and upon the debtor's objection thereto; and there being no other opposition to the requested relief; and upon the record of the hearing held by the Court on the Application on May 22, 2013; and due notice of the Application having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and sufficient cause having been shown for the relief granted herein; and the applicant not having submitted the proposed order to the Court until April 10, 2014, it is hereby

     **ORDERED**, that the Application is granted and Linda Tirelli, Esq. is allowed final fees and expenses herein pursuant to 11 U.S.C. § 330 in accordance with Schedule "C" attached hereto.

Dated: White Plains, New York
       April 15, 2014

                                 _/s/ Robert D. Drain_____
                                 Hon. Robert D. Drain
                                 United States Bankruptcy Judge